■ DONNA ROMERO, Individually and as Administratrix of the Estate of HENRY ROMERO, Deceased, Respondent-Appellant, v CITY OF NEW YORK et al., Defendants, and PROGRESS PARTNERS et al., Appellants. HRH CONSTRUCTION CORPORATION, Third-Party Plaintiff-Appellant, and PROGRESS PARTNERS, Third-Party Plaintiff-Respondent, v OTIS ELEVATOR COMPANY, Third-Party Defendant-Appellant-Respondent.—Appeals and cross appeals from an order of the Supreme Court, New York County (Louis Kaplan, J.), entered on January 7, 1985, from a judgment of said court (Louis Grossman, J.), entered on April 5, 1985, and from an amended judgment of said court (Louis Grossman, J.), entered on or about September 24, 1985, unanimously withdrawn, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GILBERT ORTEGA, Respondent.—Order, Supreme Court, Bronx County (Irving Lang, J.), entered on March 14, 1985, unanimously affirmed, for the reasons stated by Irving Lang, J. Concur—Murphy, P. J., Sandler, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE TUCKER, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on May 25, 1983, unanimously affirmed. Motion by appellant for leave to file a supplemental brief denied. No opinion. Concur—Murphy, P. J., Sandler, Fein, Kassal and Ellerin, JJ.